NICHOLAS J. BOOS (SBN 233399)
nboos@maynardnexsen.com
MAYNARD NEXSEN LLP
Two Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone:  (415) 646-4700
Facsimile:   (205) 254-1999

Attorneys for Defendant
LIBERTY INSURANCE CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE MCCORMICK,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY INSURANCE CORPORATION; and DOES 1-20;<br><br>    Defendants. | Case No. 3:23-cv-02035-JES-DEB<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

{07094958.1}

Plaintiff Laurie McCormick and Defendant Liberty Insurance Corporation hereby stipulate through their counsel of record, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that this entire action be and is dismissed with prejudice, each party to bear her and its own costs and attorneys' fees.

IT IS SO STIPULATED.

All signatories to this Stipulation and on whose behalf the filing is submitted concur in the Stipulation's content and have authorized its filing.

WOOLSEY MORCOM

Dated: September 17, 2024

/s/ Erika E. Alba
Erika E. Alba
Attorneys for Plaintiff
LAURIE MCCORMICK

MAYNARD NEXSEN LLP

Dated: September 17, 2024

/s/Nicholas J. Boos
Nicholas J. Boos, Esq.
Attorneys for Defendant
LIBERTY INSURANCE CORPORATION

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Erika E. Alba, counsel for Plaintiff, and that I have obtained Ms. Alba's authorization to affix her electronic signature to this document.

Dated: September 17, 2024

/s/ Nicholas J. Boos
Nicholas J. Boos, Esq.

## PROOF OF SERVICE

STATE OF CALIFORNIA )
COUNTY OF SAN FRANCISCO )

I am employed in the County of San Francisco, State of California. I am over the age of 21 and am not a party to the within action. My business address is Maynard Nexsen LLP, Two Embarcadero Center, Suite 1450, San Francisco, California 94111. On the date indicated below, I served the foregoing document described as:

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

on the interested parties in this action by placing: [ ] the original document - OR- [X] a true and correct copy thereof enclosed in sealed envelopes addressed as follows:

Erika E. Alba
Woolsey Morcom Attys at Law
6080 Center Drive, 6th Floor
Los Angeles, CA 90045
Email: erika@woolseymorcom.com
Attorneys for Plaintiff

**[X]   BY CM/ECF ELECTRONIC SERVICE:** The following are registered CM/ECF users with the Court and have consented to service through the Court's automatic transmission of a notice of electronic filing.

I declare that I am employed in the office of a member who has been admitted to the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 20, 2024, in San Francisco, California.

*/s/ Brian Day*
Brian Day